# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **FAYEZ ABBOUD, et al.,** | CASE NO. 1:18-CV-2184 |
| Plaintiffs, | JUDGE DAN AARON POLSTER |
| vs. | |
| **JUDGE JOHN P. O'DONNELL,** | **JUDGMENT ENTRY** |
| Defendant. | |

For the reasons stated in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster Sept. 24, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**